In re:                                    )
                                          )
   SCHULDNER, LLC              )        Bankruptcy #21-50323
                                          )
                Debtor.   )          Subchapter V
                                          )        Chapter 11 Bankruptcy Case
                                          )

## O R D E R

The above-entitled subchapter V, chapter 11 case came before the court on the motion of the United States Trustee seeking an order converting the cases to chapter 7 or alternatively removing the debtor from possession pursuant to 11 U.S.C. §1185. Michael Fadlovich appeared for the Acting U.S. Trustee. Joseph W. Dicker appeared for the debtor. Other appearances were as noted in the record.

Based upon the motion filed by the U.S. Trustee, the responses of the parties, the findings of the court on the record, and all of the files, records and proceedings herein, it is hereby ORDERED:

That pursuant to 11 U.S.C. §1185(a), the debtor is removed from possession of the estate. The subchapter V trustee shall assume and perform the additional duties, as provided for under 11 U.S.C. §1183(b)(5).

*September 17, 2021*

/e/ Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/17/2021*
Tricia Pepin, Clerk, by LG